FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Ramirez - Gonzalez, Jose Luis<br>Defendant. | Case No.: SACR 05-90-AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD   CA___,  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___current backgrd, cmty ties unknown; lack of bail resources; illegal immigr status; assoc w/multiple personal identifiers___

and/or

B.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _criminal history record, incl new conv for narcotics traff. offenses while under supervision; prob viol history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __3/21/11__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE